Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

DAVID WAYNE HARRIS
BRENDA LINN HARRIS

CASE NO: 13-70397-HDH-13
HEARING DATE:  1/8/2014
HEARING TIME:   10:00 AM

## NOTICE OF HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 1/8/2014 at 10:00 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 1/8/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    11/5/2013

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

| Date: | 11/5/2013 | /s/ Walter O'Cheskey |
|---|---|---|
| | | _____ |
| | | Walter O'Cheskey |
| | | Chapter 13 Trustee |

BISHOP REALTOR 1916 ELMWOOD N AVE #2  WICHITA FALLS TX 76308
CITY OF IOWA PARK, IPISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
CITY OF WF, WFISD, WICHITA CO C/O HAROLD LEREW PO BOX 8188 WICHITA FALLS TX 76307
DAVID WAYNE HARRIS & BRENDA LINN HARRIS 10745 HACKER RD  IOWA PARK TX 76367
DR RIVERA 1104 BROOK AVENUE  WICHITA FALLS TX 76301
EXECUTIVE SERVICES PO BOX 2248  WICHITA FALLS TX 76307
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
LTD FINANCIAL SVCS LP 7322 SOUTHWEST FWY STE 1  HOUSTON TX 77074
MAVERICK FINANCE C/O SECURITY FINANCE  SPARTANBURG SC 29304
NEUROLOGY CENTER OF WICHITA FALLS 1600 7TH STREET STE B  WICHITA FALLS TX 76301
NORTH CENTRAL TEXAS MEDICAL FOUNDATION 1301 3RD ST STE 200  WICHITA FALLS TX 76301
PATHOLOGY ASSOCIATES 1209 BROOK AVE  WICHITA FALLS TX 76301
TLT FUNDING 14901 QUORUM DR STE 900  DALLAS TX 75254
UNITED REVENUE CORP ATTENTION: OFFICE MANAGER 204 BILLINGS ST SUITE 120 ARLINGTON TX 76010
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WELLS FARGO 800 WALNUT ST  DES MOINES IA 50309
WELLS FARGO BANK MACQ 2123-013 POB 94423 ALBUQUERQUE NM 87199
WF FIN BANK ATTENTION BANKRUPTCY PO BOX 10438 DES MOINES IA 50306
WICHITA FALLS CARDIAC CARE 1518 10TH ST  WICHITA FALLS TX 76301