Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

DAVID WAYNE HARRIS & BRENDA LINN HARRIS

CASE NO. 13-70397-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 2266 | SS#2: xxx-xx- 6047 |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:  12/3/2013   Orig. Time:   12:00 PM        Reset Date:              Reset Time:

B. Meeting Results:        Adjourned

C. Debtor(s):    Debtor 1 Appeared          Debtor 2 Appeared

D. Attorney for Debtor(s):    Appeared

E. Creditor Appearance:    none

F. Amount Paid to the Trustee as of      12/3/2013    $200.00      First Payment Due Date:      11/30/2013

G. File Trustee's Motion to Dismiss because

H. B22C Information:       B22C Form is:     Complete

  Budgeted Income:     $2,520.00    Expense:      $2,320.00    Surplus:     $200.00

  Plan Payment:    $200.00  Monthly                     Plan Term(Months):     38

I. Value of Non-Exempt Property:        $0.00   Proposed Amount to Unsecured Creditors:      $0.00

____  Objection to Exemption of:

____  Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

____  Object to Invoke Stay Pleading

____  Case Converted from Chapter 7, Bar Date Set:    3/3/2014    Date Converted from Chapter 7:

J. Required Information:    need April-Sept paystubs for both

K. Business Information:

L. Object to Confirmation:    Yes

  Plan fails to treat $189.57 secured claim filed by Wichita County for 2012-13 property taxes
  Home may be under-valued on Schedule A-WCAD has home valued at $19,902 but only $17,499 on Schedule A-only
  worth about $8-10,000 - bathroom doesn't work, needs roof-no objection
  All real property owned in Archer County is not listed on Schedule A-Archer CAD has lots 1-24 block 104 valued at $600,
  lots 1-24 Block 105 valued at $550 and lots 17-22 block 106 valued at $300, but only 4,5,6 on Schedule A valued at $150
  Unable to verify income on 22C-need paystubs

M. Financial Management Class:    Debtor 1 Appeared       Debtor 2 Appeared

N. Eligibility:

  Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2

  Credit Counseling Provider Approved:                    Yes

  Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):        No

O. Domestic Support Obligation:        $0.00   Current:              Arrears:       $0.00

  Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:    What is the $1,345.30 retirement income on 22C? They don't know, say they were not working at all from April-
  September and only income was the same as Schedule I
  1st pmt of $200 received 11/18/13, due 30th, no ww
  confirmation hearing 1/16/14

Dated:    12/3/2013                          /s/ Walter O'Cheskey

                                    Standing Bankruptcy Trustee
                                    By:    Angela Gonzales

| Case Number: | | | | 13-70397 | |
|---|---|---|---|---|---|
| Debtor: | | | | HARRIS | |
| Attorney: | | | | MJW | |
| Presiding Officer: | | | | Angela | |
| Calculation Date: | | | | | 12/3/2013 10:33 |

| Domestic Support  Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor      Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $596.13 | | 38 | $15.69 | $596.13 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees      Paid Through the Plan | $3,196.00 | | | | $3,196.00 |
|---|---|---|---|---|---|
| Noticing Fees | $76.80 | | | | $76.80 |
| Clerk Filing Fees | | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $3,196.00 | | | |
| Less Noticing Fees | $76.80 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $596.13 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $28,936.10 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $4,290.28 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $7,600.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $3,309.72 |

**Comments:**

| Case Number: | 0 | |
|---|---|---|
| Debtor: | 0 | |
| Attorney: | 0 | |
| Presiding Officer: | 0 | |
| Calculation Date: | | 12/3/2013 10:33 |

| | | |
|---|---|---|
| Schedule I Gross Income | | |
| Less Line 57 B22C | | $0.00 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 1 |
| Minimum to Unsecureds | | $0.00 |

**Comments:**