B6A (Official Form 6A) (12/07)

In re  **David Wayne Harris**　　　　　　　　　　　　　　　Case No.  **13-70397-hdh-13**
　　　　**Brenda Linn Harris**　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 3222 Hollywood, Wichita Falls, Wichita Co, TX<br>Rental Property | Owner | C | $77,668.00 | $77,668.00 |
| 10745 Hacker Rd, Iowa Park, TX<br>Homestead:  1.5 AC Abst 171 WS Kennard | Owner | C | $17,499.00 | $89.87 |
| Lots located in Dundee, Archer County, TX<br>Debtor's 1/2 undivided interest in:<br><br>Lots 1-24, Block 105 Dundee  ($550.00)<br>Lots 1-24, Block 104 Dundee  ($600.00)<br><br>Total value $1,150.00<br>Debtors 1/2 interest $575.00 | Owner | C | $575.00 | $0.00 |
| | | Total: | $95,742.00 | |

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **David Wayne Harris**  Case No. **13-70397-hdh-13**
**Brenda Linn Harris**
(If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 10745 Hacker Rd, Iowa Park, TX<br>Homestead:  1.5 AC Abst 171 WS Kennard | 11 U.S.C. § 522(d)(1) | $17,409.13 | $17,499.00 |
| Lots located in Dundee, Archer County, TX<br>Debtor's 1/2 undivided interest in:<br><br>Lots 1-24, Block 105 Dundee  ($550.00)<br>Lots 1-24, Block 104 Dundee  ($600.00)<br><br>Total value $1,150.00<br>Debtors 1/2 interest $575.00 | 11 U.S.C. § 522(d)(5) | $575.00 | $575.00 |
| cash on hand | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| furniture | 11 U.S.C. § 522(d)(3) | $2,000.00 | $2,000.00 |
| Clothing | 11 U.S.C. § 522(d)(3) | $500.00 | $500.00 |
| Remington 22 handgun | 11 U.S.C. § 522(d)(5) | $50.00 | $50.00 |
| 1996 Suburban | 11 U.S.C. § 522(d)(2) | $500.00 | $500.00 |
| 1936 Dodge Brothers PU | 11 U.S.C. § 522(d)(5) | $100.00 | $100.00 |
| 1986 Work Truck 1 Ton | 11 U.S.C. § 522(d)(2) | $300.00 | $300.00 |
| 1941 Willis -rust body salvage | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $21,734.13 | $21,824.00 |

B6C (Official Form 6C) (4/13) -- Cont.

In re **David Wayne Harris**                  Case No. **13-70397-hdh-13**
     **Brenda Linn Harris**                                               (If known)

*AMENDED*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 1978 Chevy PU salvage<br>not running | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| 1979 Cargo Van<br>not running | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| 1969 Dunebuggy<br>not running | 11 U.S.C. § 522(d)(5) | $200.00 | $200.00 |
| 2 farm trailers | 11 U.S.C. § 522(d)(5) | $250.00 | $250.00 |
| | | **$22,584.13** | **$22,674.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

IN RE: §
**David Wayne Harris** § Case No. __13-70397-hdh-13__
**Brenda Linn Harris** §
§
Debtor(s) § Chapter __13__

# DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION, ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES, AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, I HEREBY DECLARE UNDER PENALTY OF PERJURY that I have read

☐ the original statements and schedules to be filed electronically in this case

☐ the voluntary petition as amended on _____ and to be filed electronically in this case

☑ the statements and schedules as amended on __12/30/2013__ and to be filed electronically in this case

☐ the master mailing list (matrix) as amended on _____ and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statments and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

☐ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date: __12/30/2013__    **/s/ David Wayne Harris**              **/s/ Brenda Linn Harris**
David Wayne Harris                   Brenda Linn Harris
Debtor                               Joint Debtor